UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FARDAD VAHDAT,

      Petitioner,

v.                                                                          25-CV-0584-MAV
                                                                                                   ORDER

JOSEPH FREDEN et al.,

      Respondent.

_____

      Petitioner, Fardad Vahdat, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he was arrested and detained without legal authority and in violation of the United States Constitution. Petitioner seeks relief under 28 U.S.C. § 2241. ECF No. 1. He has paid the $5.00 filing fee.

## ORDER

      IT IS HEREBY ORDERED that **on or before July 17, 2025,** Respondents shall file and serve an **answer** responding to the allegations in the petition; and it is further

      ORDERED that **on or before July 17, 2025**, instead of the answer, Respondents may file a **motion to dismiss** the petition, accompanied by appropriate exhibits, demonstrating that an answer to the petition is unnecessary; and it is further

      ORDERED that Petitioner shall file a written response **on or before July 23, 2025**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition and its exhibits, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.**

SO ORDERED.

Dated: July 10, 2025
Rochester, New York

_____
HON. MEREDITH A. VACCA
UNITED STATES DISTRICT JUDGE