UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FARDAD VAHDAT,

Petitioner,

v. 25-CV-00584-MAV

JOSEPH FREDEN, in his official capacity as Deputy Field Office Director of the Buffalo Federal Detention Facility, et al.,

Respondents.

**JOINT STIPULATION**

The parties hereby stipulate as follows, and respectfully request that the Court so-order the following:

1. Respondents' Motion to Extend is granted upon good cause and excusable neglect shown and Respondents' time to respond to the Petition is extended to August 15, 2025.
2. Petitioner's time to respond to the Respondents' response is extended to August 22, 2025.
3. Petitioner's entering into this stipulation is an extension of professional courtesy to opposing counsel and does not reflect the urgency he feels his situation is entitled to.

**DATED:** July 31, 2025

/s/ Daniel E. Jackson
*(Currently) Pro Bono Attorney for Petitioner*
1669 Indian Falls Road,
Corfu NY 14036
Email: dejackson@outlook.com
Tel: 617-372-2909

MICHAEL DIGIACOMO
United States Attorney

BY: /s/ADAM A. KHALIL
Assistant United States Attorney
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3979
adam.khalil@usdoj.gov

SO ORDERED: [signature]
HON. MEREDITH A. VACCA
UNITED STATES DISTRICT COURT JUDGE